UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STEVE Q., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br><br> Case No. 2:23-cv-00123 <br><br> Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and the case is remanded for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 21st day of August, 2023.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge